NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3083

MICHELE KELLER,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in CH3443080506-I-1.

ON MOTION

## O R D E R

The Department of Justice moves without opposition to reform the caption to name the Merit Systems Protection Board as respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

MAR 0 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 6 2009

JAN HORBALY
CLERK

cc:   Allison Kidd-Miller, Esq.
      Martin S. Hume, Esq.
      Sara B. Rearden, Esq.

s19

2009-3083                                    2